Commonwealth *v.* Parsons, Appellant.

Submitted June 14, 1971. *D. Benjamin VanSteenburgh*, Assistant Public Defender, for appellant; *James E. McErlane*, Assistant District Attorney, and *Norman J. Pine*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of sentence on the conspiracy charge (No. 412B, March Term, 1969 in the court below, Appeal, No. 1339, October Term, 1970) of one to five years, is reduced to one to two years, concurrent with the sentence on Bill No. 412, March Term, 1969. As so amended, the judgment of sentence on all bills is affirmed.

Commonwealth *v.* Patterson, Appellant.

Submitted June 21, 1971. *Frank Patterson*, appellant, in propria persona; *Robert J. Wire, Jr.*, Assistant District Attorney, and *Harold N. Fitzkee, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.